[No. 69313-1-I.   Division One.   April 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE EDWARD STEWART, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-10538-3, Jay V. White, J., entered May 12, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Lau and Leach, JJ.

[No. 69326-3-I.   Division One.   April 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREN PATRICK BARKER, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-1-00929-8, Michael E. Rickert, J., entered September 12, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Lau and Leach, JJ.

[No. 69369-7-I.   Division One.   April 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH ALLEN KELLY, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 11-1-01235-1, Susan K. Cook, J., entered October 3, 2012. *Affirmed* by unpublished opinion per Leach, J., concurred in by Appelwick and Lau, JJ.

[No. 69393-0-I.   Division One.   April 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KERO RIINY GIIR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-07847-9, Julie A. Spector, J., entered September 19, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Cox, J.